IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDON KATZ, | ) |
| | ) Case No.: 1:22-cv-06844 |
| Plaintiff, | ) |
| | ) |
| v. | ) Honorable Thomas M. Durkin |
| | ) |
| NORTHWESTERN UNIVERSITY SETTLEMENT HOUSE | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE NO. 1:22-CV-06844 AND ANY AMENDMENTS THERETO, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), WITH PREJUDICE**

**IT IS ORDERED** that the above-captioned matter filed by Edon Katz, against Northwestern University Settlement Association, (which was incorrectly identified as Northwestern University Settlement House), in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 1:22-cv-06844 and any amendments thereto are hereby dismissed with prejudice without costs and/or fees to any party, all costs and/or fees having been paid by each respective party.

DATE: August 31, 2023

_Thomas M Durkin_
Judge